# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| ZACHARY MUNOZ, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) NO. CIV-15-1092-HE |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

Plaintiff Zachary Munoz filed this action seeking judicial review of the final decision of the Acting Commissioner of the Social Security Administration denying his applications for disability insurance benefits and supplemental security income benefits. Consistent with 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(b), the case was referred to Magistrate Judge Charles B. Goodwin, who recommends the Commissioner's decision be affirmed.

Plaintiff filed his applications for benefits on February 14, 2012. When they were denied initially and on reconsideration, he requested a hearing before an Administrative Law Judge ("ALJ"). After a hearing, the ALJ issued an unfavorable decision on February 25, 2014. When the Appeals Council denied plaintiff's request for review, the ALJ's decision became the final decision of the Commissioner.

Plaintiff failed to object to the Report and Recommendation and thereby waived his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010); see 28 U.S.C. §636(b)(1)(C).

Accordingly, the court adopts Magistrate Judge Goodwin's Report and Recommendation. The Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated this 24th day of April, 2017.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE